

ZACHARY W. CARTER
*Corporation Counsel*

# THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

KARL ASHANTI
*Senior Counsel*
Phone: (212) 356-2371
Fax: (212) 356-3509
kashanti@law.nyc.gov

March 9, 2017

**VIA ECF**
Honorable Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:    Justin Kuchma v. The City of New York, et al.,
                   16 CV 7830 (LTS)

Your Honor:

        I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing defendant City of New York ("City") in the above-referenced action. In compliance with Your Honor's Order dated January 27, 2017 ("January 27th Order"), on behalf of defendant City, I respectfully write to apprise the Court of the status of the investigation conducted by the Investigation Division ("ID") of the New York City Department of Correction ("DOC"), concerning the incident that underlies the allegations in the Complaint. See Docket Entry # 33.

        Based upon information provided by DOC, I can report that, at this time, the ID investigation remains open and therefore all the bases for maintaining a stay of this action remain intact. The precise timeframe for the completion of the investigation is currently unknown. However, the undersigned can certainly provide the Court with a further status report within the next forty-five (45) days or whenever the ID investigation is actually concluded – whichever comes first.

Defendant City thanks the Court for its time and consideration.

Respectfully submitted,

/s/
Karl J. Ashanti, Esq.
*Senior Counsel*

cc: Danielle B. Sullivan, Esq. (BY ECF)
     *Attorneys for Plaintiff*