

THE CITY OF NEW YORK

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

**ZACHARY W. CARTER**
*Corporation Counsel*

**KARL ASHANTI**
*Senior Counsel*
Phone: (212) 356-2371
Fax: (212) 356-3509
kashanti@law.nyc.gov

September 8, 2017

<u>**VIA ECF**</u>
Honorable Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re: <u>Justin Kuchma v. The City of New York, et al.</u>,
       16 CV 7830 (LTS)

Your Honor:

    I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing defendant City of New York ("City") in the above-referenced action.  In compliance with Your Honor's Order dated July 7, 2017 ("July 7th Order"), on behalf of defendant City, I respectfully write to apprise the Court further of the status of the investigation conducted by the Investigation Division ("ID") of the New York City Department of Correction ("DOC"), concerning the incident that underlies the allegations in the Complaint. <u>See</u> Docket Entry # 42.

    After further inquiry, the undersigned can report to the Court that the ID investigation is now complete, and defendant City has already requested a copy of the investigation file.  Upon receipt, defendants will immediately produce same to plaintiff in discovery.  However, as the DOC Commissioner has the power to either accept, reject or modify any recommendations that ID has made as a result of its investigation, defendant requests the opportunity to provide the Court with a further status report within the next thirty (30) days or whenever the Commissioner has endorsed or modified ID's recommendations – whichever comes first.

Defendant City thanks the Court for its time and consideration.

Respectfully submitted,

_____/s/_____
Karl J. Ashanti, Esq.
*Senior Counsel*

cc:    Danielle B. Sullivan, Esq. (BY ECF)
      *Attorneys for Plaintiff*