

| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | Alison S. Mitchell<br>*Assistant Corporation Counsel*<br>amitchel@law.nyc.gov<br>Phone: (212) 356-3514<br>Fax: (212) 356-1148 |
|---|---|---|

January 11, 2019

**VIA ECF**
Honorable Laura Taylor Swain
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    Justin Kuchma v. The City of New York, et al.,
              16-CV-7830 (LTS)(BCM)

Your Honor,

    I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, representing Defendants City of New York, C.O. Steven Brignol, and Captain Taina Diaz in the above-referenced action. In response to Your Honor's Order of January 10, 2019, Counsel for Plaintiff, Defendant Michael Sinacore, and I confirm that the correct federal program (Medicare) is referenced in paragraph 9 of the stipulation of settlement.

    We thank the Court for its time and attention in this matter.

Respectfully submitted,

| NEWMAN FERRARA LLP | New York City Law Department | KOEHLER & ISAACS LLP |
|---|---|---|
| /s/ | /s/ | /s/ |
| Danielle B. Sullivan | Alison S. Mitchell | Cynthia Devasia, Esq. |
| 1250 Broadway, 27th Floor | 100 Church Street | 61 Broadway, 25th Floor |
| New York, New York 10001 | New York, New York 10007 | New York, New York 10006 |
| (212) 619-5400 | (212) 356-3514 | (917) 551-1317 |
| *Attorneys for Plaintiff* | *Attorney for Defendant City of New York, Cpt. Taina Diaz and C.O. Steven Brignol* | *Attorney for Defendant Sinacore* |